UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cellomics, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Molecular Devices Corporation, a Delaware Corporation, and Universal Imaging Corporation, a Pennsylvania Corporation,<br><br>　　　　Defendants. | Cause No. 2:06-CV-118<br><br>**VOLUNTARY DISMISSAL<br>OF ACTION WITHOUT PREJUDICE**<br><br>(JURY TRIAL DEMANDED) |

## VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Cellomics, Inc. hereby voluntarily dismisses the present action against defendants Molecular Devices Corporation and Universal Imaging Corporation without prejudice.

Respectfully submitted,

DATED: February 6, 2006

**Babst, Calland, Clements & Zomnir, P.C.**

2 Gateway Center, 8th Floor
Pittsburgh, PA 15222
(412) 394-5400 - Telephone
(409) 394-6576 - Telecopier

By: ___/s/ James V. Corbelli___
　　　James V. Corbelli
　　　PA I.D. No. 56671
　　　e-mail:  jcorbelli@bccz.com

**WORKMAN NYDEGGER**

1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah  84111
(801) 533-9800 - Telephone
(801) 321-1707 - Facsimile

    Larry R. Laycock (Utah Bar No. A4868)
    e-mail: llaycock@wnlaw.com
    (pro hac vice motion to be filed)
    David R. Wright (Utah Bar No. A5164)
    e-mail: dwright@wnlaw.com
    (pro hac vice motion to be filed)
    C.J. Veverka (Utah Bar No. A7110)
    e-mail: cveverka@wnlaw.com
    (pro hac vice motion to be filed)
    William R. Richter (Utah Bar No. 9107)
    e-mail: wrichter@wnlaw.com
    (pro hac vice motion to be filed)

    Attorneys for Plaintiff Cellomics, Inc.